People v Garcia (2024 NY Slip Op 06236)

People v Garcia

2024 NY Slip Op 06236

Decided on December 12, 2024

Court of Appeals

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 12, 2024

No. 119

[*1]The People & c., Respondent,
v
Kenneth Garcia, Appellant.

David Fitzmaurice, for appellant. 
Christopher J. Blira-Koessler, for respondent. 
The Innocence Project, Inc., amicus curiae.

MEMORANDUM:
The order of the Appellate Division should be affirmed.
Defendant's argument that the showup identification procedure was unduly suggestive because of its collective nature—defendant was presented for identification alongside his two codefendants—and specifically, that the strength of the victim's identification as to one of the codefendants infected the identification of defendant is unpreserved (see CPL 470.05 [2]; cf. People v Cedeno, 27 NY3d 110, 123 n 3 [2016]). Defendant's remaining arguments lack merit.
Order affirmed, in a memorandum. Chief Judge Wilson and Judges Rivera, Garcia, Singas, Cannataro, Troutman and Halligan concur.
Decided December 12, 2024